## (March 18, 1957)

█ In the Matter of-CECIL C. HOLMES, Respondent, against UNITED MUTUAL LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals on certified questions denied. Motion to resettle the order of this court entered November 9, 1955, granted. The order to be entered hereon is to provide for the severance of the consolidated proceedings and the entry of a separate order in each proceeding *nunc pro tunc* as of November 9, 1955. Settle order on notice. Concur — Peck, P. J., Breitel, Botein and Rabin, JJ. [See 286 App. Div. 500.]